IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:12 CV 332

| | |
|---|---|
| TODD S. PAUMEN, )<br>)<br>Plaintiff )<br>)<br>v )<br>)<br>HARTFORD LIFE AND ACCIDENT )<br>INSURANCE COMPANY and SONIC )<br>AUTOMOTIVE, INC., )<br>)<br>Defendants ) | **ORDER** |

**THIS MATTER** has come before the undersigned pursuant to Defendants' Motion to Strike Plaintiff's Request for Jury Trial (#12) filed by defendants. In the motion, defendants contend that due to the plaintiff's Complaint asserting a claim, pursuant to ERISA, plaintiff is not entitled to a jury trial. The plaintiff filed a response entitled "Plaintiff's Notice Regarding Defendants' Motion to Strike Jury Demand" (#19) in which plaintiff's counsel states: "Counsel for Plaintiff decided not to file a response to or contest Defendants' Motion to Strike Plaintiff's Demand for Jury Trial". It appears to the undersigned from the defendants' motion that the plaintiff is not entitled to a jury trial, Berry v. Ciba-Geigy Corp. 761 F.2d 1003, 1007 (4th Cir. 1985), and defendants' motion will be allowed.

**ORDER**

**IT IS, THEREFORE**, **ORDERED** that the Defendants' Motion to Strike

Plaintiff's Request for Jury Trial (#12) is **ALLOWED** and the trial in this matter shall take place before the District Court without a jury.

Signed: September 10, 2012

_____

Dennis L. Howell
United States Magistrate Judge